January 5, 2015

John R. Soard
38 Delsie Street
Clarksville, AR 72830
(479) 739-5512



REC'D IN COURT OF APPEALS
12th Court of Appeals District

JAN - 7 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

Katrina McClenny, Chief Deputy Clerk
Twelfth Court of Appeal
1517 West Front Street, Suite 3564
Tyler, Texas    75702

RE:    Case Number              12-14-00211-CV
         Trial Court Case No.    3-42005, 3-42004, 3-42003, 3-41396 and CCL-11-13178

Style:    John R. Soard
              v.
              Terry Thorn, Sheila Smith, Mary Page **and B Jeffery Doran**

Dear Ms. McClenny:

This is in response to your letter stating the Appellant's brief in the above-referenced case was due to have been filed on December 29, 2014.

I have notified you, Janice Staples and Misty McAdams several times that all the records have not been received, the last, dated December 12, 2014.

According to TRAP 38.6, The Appellant must file a brief within 30 days after the last records were filed.

The Texas Rules of Appellate Procedure states,    "The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed."    TRAP 37 lists the Duties of the Appellate clerk.

This case is about six months behind. How much longer does the appellate clerk plan to wait before pressure is put on Misty McAdams and the trial court to get this thing on the road?

I have paid the costs billed to me by the clerk and reporter to forward the files.    If either party says they misfigured the costs, I will have to be told the amount before I can pay it.

Very truly yours,

John R. Soard